# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GO,<br><br>  Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; HCA HEALTH AND WELFARE BENEFITS PLAN; AND DOES 1-10,<br><br>  Defendants. | Case No. CV11-05052 YGR<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>First Amended Complaint Filed: September 8, 2011 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV11-05052 YGR, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

Dated: July 27, 2012

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

126583

1

CV11-05052 YGR
**ORDER RE STIPULATION FOR DISMISSAL**